**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**DARREL KIETH HIGGINBOTHAM**<br><br>　　　　　　　　Defendant. | Case No.: 2:19-MJ-164-DB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　　　　　☐ Ad Testificandum

Name of Detainee: Darrel Kieth Higginbotham
Detained at: Deuel Vocational Institution
Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: a violation of 18 U.S.C. § 922(g)(1).
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ *James R. Conolly*
Printed Name & Phone No: James R. Conolly, AUSA. Tel: 916.554.2705
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: November 4, 2019　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　Honorable Kendall J. Newman
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒ Male | ☐ Female |
| Booking or CDC #: | BJ1953 | DOB: | 1966-12-05 |
| Facility Address: | 23500 Kasson Road, Tracy, CA 95304 | Race: | |
| Facility Phone: | (209) 835-4141 | FBI#: | 567495EA1 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　(signature)